# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MAZUR, | ) |
| | ) |
| | ) CIVIL ACTION NO. 06-01045 |
| Plaintiff, | ) |
| | ) |
| v. | ) Chief Judge Donetta W. Ambrose |
| | ) Magistrate Judge Caiazza |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

On August 8, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 8, 2007, the magistrate judge issued a Report and Recommendation (Doc. 37) recommending that the District Court grant the Motion for Summary Judgment (Doc. 16) filed by the Defendant Hartford and deny the Motion for Summary Judgment filed by Plaintiff Mazur (Doc 19). Service of the Report and Recommendation was made on all parties. No Objections were filed.

Following a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 28th day of November 2007, IT IS HEREBY

ORDERED that the Motion for Summary Judgment (Doc. 16) filed by the Defendant Hartford be **GRANTED** and that the Motion for Summary Judgment (Doc. 19) filed by the Plaintiff Mazur be **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza (Doc. 37) dated November 8 2007, is hereby adopted as the opinion of the court.

*Donetta W. Ambrose*
Donetta W. Ambrose
U. S. District Judge

cc:

Francis X. Caiazza
United States Magistrate Judge

Attorneys of Record
Via Electronic Mail